UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: §
 §
VALLE, JOSEPH DELLA § Case No. 09-11470
VALLE, DAWN DELLA §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/08/2009. The undersigned trustee was appointed on 04/08/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 5,825.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 968.13 |
| Bank service fees | 15.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 4,841.87 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/10/2010 and the deadline for filing governmental claims was 05/10/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,332.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,332.50 , for a total compensation of $ 1,332.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/01/2013              By:/s/DANIEL E. BRICK, TRUSTEE
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-11470 MJK Judge: MICHAEL J. KAPLAN
Case Name: VALLE, JOSEPH DELLA
VALLE, DAWN DELLA
For Period Ending: 05/01/13

Trustee Name: DANIEL E. BRICK, TRUSTEE
Date Filed (f) or Converted (c): 04/08/09 (f)
341(a) Meeting Date: 05/14/09
Claims Bar Date: 05/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 48 Jesella Dr., North Tonawanda, NY 14120 | 74,000.00 | 0.00 | | 0.00 | FA |
| 2. Cornerstone Community FCU | 10.00 | 0.00 | | 0.00 | FA |
| 3. M&T | 20.00 | 0.00 | | 0.00 | FA |
| 4. M&T Savings | 1,287.03 | 0.00 | | 0.00 | FA |
| 5. TV, Table, Chairs, Bedroom set | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Pants, Shirts, Shoes, Coats | 250.00 | 0.00 | | 0.00 | FA |
| 7. Confer Plastics Inc. 401K | 16,802.62 | 0.00 | | 0.00 | FA |
| 8. Pension | 1,317.25 | 0.00 | | 0.00 | FA |
| 9. 1995 Chevy Silverado | 800.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Dodge Grand | 9,750.00 | 0.00 | | 0.00 | FA |
| 11. Personal Injury Action Wife (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. Personal Injury Action Loss of Consortium Husban (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. J.D.'s Laser Designs, Inc. 18X24 Laser Table (u) | Unknown | 3,500.00 | | 5,825.00 | FA |

TOTALS (Excluding Unknown Values) $105,736.90 $3,500.00 $5,825.00

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/3/09 Letter to R. Wiesbeck, Esq. re: status of litigatin.

7/9/09 Fax from T. Bailey re: appointment of Special Counsel.

7/136/09 Letter to T Bailey re: Appointment of Special Counsel.

07/23/09 Need proof of settlement.

7/29/09 Letter from T Bailey enclosing SC paperwork.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 09-11470 MJK Judge: MICHAEL J. KAPLAN | Trustee Name: DANIEL E. BRICK, TRUSTEE |
| Case Name: VALLE, JOSEPH DELLA | Date Filed (f) or Converted (c): 04/08/09 (f) |
| VALLE, DAWN DELLA | 341(a) Meeting Date: 05/14/09 |
| | Claims Bar Date: 05/10/10 |

7/30/09 Letter to T. Bailey, Esq. re: Settlement.
17/30/09 Letter to Della Valle re: status of case.
07/30/09 RESPONSE FROM DEBTOR RE LASER WOODCUTTER.
08/24/09 Response from Debtors re Laser Woodcutter.
10/2/09 Letter to R. Gugino, Esq. re: turnover of laser engraver.
10/05/09 Letter sent to Debtor's regarding pick up of machine.
12/17/09 Letter to Debtor re: laser engraver.
6/14/10 Memo to A. Balling re: laser engraver.
06/15/10 Letter sent re: wood cutter need answer.
7/13/10 Memo to A. Balling re: offer on woodcutter.
10/7/10 Email re: engraver.
10/8/10 Email re: engraver.
10/12/10 Email re: engraver.
10/26/10 listing laser engraver for sale.
11/9/10 Email re: engraver.
12/8/10 Email re: engreaver.
12/14/10 Email re: engraver.
12/16/10 Eamil re: engraver.
5/4/11 Email re: engraver
5/9/11 Email re: engraver.
5/11/11 Email re: engraver.
10/21/11 Attempting to sell laser engraver.
01/06/12 Possible bidder looking into buying unit.
9/25/12 Relisting with auctioneer, waiting for appointment
10/19/12 Auctionner appointed auction to be set up.
11/14/12 Waiting to hear from Bk Assets re: sale

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**      Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit B

| Case No: | 09-11470 -MJK | | Trustee Name: | DANIEL E. BRICK, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | VALLE, JOSEPH DELLA | | Bank Name: | UNION BANK |
| | VALLE, DAWN DELLA | | Account Number / CD #: | ******4847 Checking Account |
| Taxpayer ID No: | ******5346 | | | |
| For Period Ending: | 05/01/13 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 4,856.87 | | 4,856.87 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,841.87 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 4,856.87 | 15.00 |
| Less: Bank Transfers/CD's | | 4,856.87 | 0.00 |
| Subtotal | | 0.00 | 15.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 15.00 |

Page Subtotals     4,856.87     15.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*     Ver: 17.01

LFORM24

Case 1-09-11470-MJK    Doc 67    Filed 05/03/13    Entered 05/03/13 11:35:41    Desc Main
Document     Page 5 of 12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-11470 -MJK
Case Name: VALLE, JOSEPH DELLA
VALLE, DAWN DELLA
Taxpayer ID No: \*\*\*\*\*\*5346
For Period Ending: 05/01/13

Trustee Name: DANIEL E. BRICK, TRUSTEE
Bank Name: Capital One
Account Number / CD #: \*\*\*\*\*\*\*\*7902 Checking Account

Blanket Bond (per case limit): $ 32,892,691.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/12 | 13 | BKASSETS.COM, LLC 216 N. Center Mesa, AZ 85201-6629 | Non-exempt interest in equipment | 1229-000 | 5,825.00 | | 5,825.00 |
| 01/04/13 | 001001 | BKAssets.com 216 N. Center Mesa, AZ 85201 | Auctioneer Fees | 3610-000 | | 560.00 | 5,265.00 |
| 01/04/13 | 001002 | BkAssets.com 216 N. Center Mesa, AZ 85201 | Expenses re sale of engraver | 3620-000 | | 408.13 | 4,856.87 |
| 01/14/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 4,856.87 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 5,825.00 | 5,825.00 |
| Less: Bank Transfers/CD's | | 0.00 | 4,856.87 |
| Subtotal | | 5,825.00 | 968.13 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 5,825.00 | 968.13 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - \*\*\*\*\*\*\*\*\*4847 | 0.00 | 15.00 | 4,841.87 |
| Checking Account - \*\*\*\*\*\*\*\*\*7902 | 5,825.00 | 968.13 | 0.00 |
| | 5,825.00 | 983.13 | 4,841.87 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 5,825.00 5,825.00

Case Number: 09-11470
Debtor Name: VALLE, JOSEPH DELLA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | BRICK, BRICK & ELMER<br>PO BOX 604<br>NORTH TONAWANDA, NY 14120 | Administrative | | $846.00 | $0.00 | $846.00 |
| 000002<br>070<br>7100-00 | Cornerstone Community Federal Credit Union<br>6485 S Transit Rd<br>Lockport, NY 14094 | Unsecured | | $480.89 | $0.00 | $480.89 |
| 000003<br>070<br>7100-00 | Cornerstone Community Federal Credit Union<br>6485 S Transit Rd<br>Lockport, NY 14094 | Unsecured | | $1,258.03 | $0.00 | $1,258.03 |
| 000004<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $4,021.16 | $0.00 | $4,021.16 |
| 000005<br>070<br>7100-00 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $4,831.81 | $0.00 | $4,831.81 |
| 000006<br>070<br>7100-00 | Deltex Electric Inc.<br>220 Elk Street<br>Buffalo, NY 14210 | Unsecured | | $3,093.75 | $0.00 | $3,093.75 |
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,915.65 | $0.00 | $3,915.65 |
| 000008<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $17,543.42 | $0.00 | $17,543.42 |
| 000009<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $14,237.54 | $0.00 | $14,237.54 |
| 000010<br>070<br>7100-00 | Viewtech Financial Services, Inc.<br>4761 E. Hunter Ave.<br>Anaheim, CA 92807-1940 | Unsecured | | $2,223.52 | $0.00 | $2,223.52 |
| 000011<br>070<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $2,141.06 | $0.00 | $2,141.06 |
| 000012<br>070<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services | Unsecured | | $1,996.02 | $0.00 | $1,996.02 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 01, 2013

Case Number: 09-11470
Debtor Name: VALLE, JOSEPH DELLA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | PO Box 19008<br>Greenville, SC 29602- | | | | | |
| 000013<br>070<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $1,124.11 | $0.00 | $1,124.11 |
| 000014<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $2,723.98 | $0.00 | $2,723.98 |
| 000015<br>070<br>7100-00 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P.O.Box 740933<br>Dallas, TX 75374 | Unsecured | | $543.36 | $0.00 | $543.36 |
| 000016<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $201.67 | $0.00 | $201.67 |
| 000017<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,510.24 | $0.00 | $1,510.24 |
| 000018<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,924.31 | $0.00 | $1,924.31 |
| 000019<br>080<br>7200-00 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | | $978.98 | $0.00 | $978.98 |
| 000001<br>050<br>4210-00 | Cornerstone Community Federal Credit Union<br>6485 S Transit Rd<br>Lockport, NY 14094 | Secured | | $9,169.48 | $0.00 | $9,169.48 |
| | Case Totals: | | | $74,764.98 | $0.00 | $74,764.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

CREGISTR UST Form 101-7-TFR (5/1/2011) (Page: 8) Printed 05/01/13 12:08 PM Ver: 17.01
Case 1-09-11470-MJK    Doc 67    Filed 05/03/13    Entered 05/03/13 11:35:41    Desc Main
Document    Page 8 of 12

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-11470
Case Name: VALLE, JOSEPH DELLA
              VALLE, DAWN DELLA
Trustee Name: DANIEL E. BRICK, TRUSTEE

      Balance on hand                                                     $       4,841.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Cornerstone Community Federal Credit Union | $ 9,169.48 | $ 9,169.48 | $ 0.00 | $ 0.00 |

      Total to be paid to secured creditors                         $       0.00
      Remaining Balance                                                    $       4,841.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL E. BRICK, TRUSTEE | $ 1,332.50 | $ 0.00 | $ 1,332.50 |
| Attorney for Trustee Fees: BRICK, BRICK & ELMER | $ 846.00 | $ 0.00 | $ 846.00 |

      Total to be paid for chapter 7 administrative expenses       $       2,178.50
      Remaining Balance                                                    $       2,663.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) (Page: 9)
Case 1-09-11470-MJK    Doc 67    Filed 05/03/13    Entered 05/03/13 11:35:41    Desc Main
Document    Page 9 of 12

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,770.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Cornerstone Community Federal Credit Union | $ 480.89 | $ 0.00 | $ 20.08 |
| 000003 | Cornerstone Community Federal Credit Union | $ 1,258.03 | $ 0.00 | $ 52.54 |
| 000004 | DISCOVER BANK | $ 4,021.16 | $ 0.00 | $ 167.94 |
| 000005 | American Infosource Lp As Agent for | $ 4,831.81 | $ 0.00 | $ 201.80 |
| 000006 | Deltex Electric Inc. | $ 3,093.75 | $ 0.00 | $ 129.21 |
| 000007 | Chase Bank USA, N.A. | $ 3,915.65 | $ 0.00 | $ 163.54 |
| 000008 | Chase Bank USA, N.A. | $ 17,543.42 | $ 0.00 | $ 732.70 |
| 000009 | Chase Bank USA, N.A. | $ 14,237.54 | $ 0.00 | $ 594.63 |
| 000010 | Viewtech Financial Services, Inc. | $ 2,223.52 | $ 0.00 | $ 92.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | PYOD LLC its successors and assigns as assignee of | $ 2,141.06 | $ 0.00 | $ 89.42 |
| 000012 | PYOD LLC its successors and assigns as assignee of | $ 1,996.02 | $ 0.00 | $ 83.36 |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ 1,124.11 | $ 0.00 | $ 46.95 |
| 000014 | American Express Centurion Bank | $ 2,723.98 | $ 0.00 | $ 113.77 |
| 000015 | Chase Bank USA,N.A. | $ 543.36 | $ 0.00 | $ 22.69 |
| 000016 | Midland Funding LLC | $ 201.67 | $ 0.00 | $ 8.42 |
| 000017 | Midland Funding LLC | $ 1,510.24 | $ 0.00 | $ 63.08 |
| 000018 | Midland Funding LLC | $ 1,924.31 | $ 0.00 | $ 80.37 |

Total to be paid to timely general unsecured creditors $ 2,663.37

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 978.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | eCAST Settlement Corp | $ 978.98 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE